**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ANDREY MOTENKO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ANDREY MOTENKO,** | No.   2:19-CV-00004-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 12, 2019.

This is a first extension, based on plaintiff's counsel's need to finish other briefing first. This request is made late (defendant filed the record July 5, 2019), but counsel has already begun this brief, will file it tomorrow, and has to deal with two other records filed at the same time as this one, thus giving him three motions due at the same time.

[Pleading Title] - 1

| | |
|---|---|
| Dated: September 11, 2019 | /s/ *Jesse S. Kaplan*<br>JESSE S. KAPLAN<br>Attorney for Plaintiff |
| | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Counsel, Region IX<br>Social Security Administration |
| Dated: September 11, 2019 | /s/ per e-mail authorization<br>MARCELO ILLARMO<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted. Plaintiff shall file his motion for summary judgment by September 12, 2019. The due date for defendant's cross-motion is adjusted accordingly.

SO ORDERED.

Dated: September 12, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE