UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ANDREY MOTENKO, | ) Case No. 2:19-cv-00004-EFB |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF REMAND |
| vs. | ) PURSUANT TO SENTENCE FOUR |
| | ) OF 42 U.S.C. § 405(g) AND FOR |
| ANDREW SAUL, | ) ENTRY OF JUDGMENT |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation to Remand.

Dated: October 16, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE