McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

JESSE S. KAPLAN CSBN 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
(916) 488-3030
(916) 489-9297 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ANDREY MOTENKO, ) | Case No. 2:19-cv-00004-EFB |
| ) | |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|         v. ) | ORDER FOR THE AWARD AND |
| ) | PAYMENT OF ATTORNEY FEES |
| ANDREW SAUL, ) | AND EXPENSES PURSUANT TO |
| Commissioner of Social Security, ) | THE EQUAL ACCESS TO JUSTICE |
| ) | ACT, 28 U.S.C. § 2412(d) |
|     Defendant. ) | |
| ) | |

1

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Andrey Motenko be awarded attorney fees in the amount of THREE THOUSAND dollars ($3,000) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Andrey Motenko, the government will consider the matter of Andrey Motenko's assignment of EAJA fees to Jesse Kaplan. The retainer agreement containing the assignment is attached hereto as an exhibit. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Andrey Motenko, but if the Department of the Treasury determines that Andrey Motenko does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Jesse Kaplan, pursuant to the assignment executed by Andrey Motenko.[1] Any payments made shall be delivered to Jesse Kaplan.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This stipulation constitutes a compromise settlement of Andrey Motenko's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Andrey Motenko and/or Jesse Kaplan may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Jesse Kaplan to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Date:  January 15, 2020          By:     */s/ Jesse S. Kaplan *
                                         JESSE S. KAPLAN
                                         Attorney for Plaintiff
                                         (*By e-mail authorization on 01/15/20)

Dated: January 15, 2020                  McGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                           */s/ Donna W. Anderson*
                                         DONNA W. ANDERSON
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

ORDER

The Stipulation is approved.  The Clerk is directed to terminate ECF No. 18. So Ordered.

Dated:  January 16, 2020.

HON. EDMUND F. BRENNAN
United States Magistrate Judge